United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY WATKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>STRATEGIC CAMPAIGN SOURCING LLC, et al.,<br><br>        Defendants. | Case No.  24-cv-04663-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Trina L. Thompson for consideration of whether the case is related to *Angela Hernandez v. Strategic Campaign Sourcing LLC, et al.*, U.S. District Court for the Northern District of California, Case No. 3:24-cv-04662-TLT.

**IT IS SO ORDERED.**

Dated: November 1, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**